# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * *  *
DEBRA JONES, et al.,         *
                             *
                             *
           Plaintiffs,       *
v.                           *
                             *   No. 13-227L
                             *   Filed: May 10, 2018
UNITED STATES,               *
                             *
                             *
           Defendant.        *
* * * * * * * * * * * * * *  *
```

## O R D E R

The court is in receipt of the parties' May 7, 2018 joint status report and proposed schedule. After the April 12, 2018 hearing, the court instructed the parties to propose a schedule for spoliation, including possible expert discovery. The parties' May 7, 2018 joint status report indicates the following schedule:

• July 17, 2018: The parties will file a joint appendix with the Court of the evidence previously secured that relates to the spoliation allegations.

• August 17, 2018: Plaintiffs produce RCFC 26(a)(2) expert disclosures to the United States.

• October 17, 2018: United States produces RCFC 26(a)(2) expert disclosures to include rebuttal reports to Plaintiffs.

• December 17, 2018: Plaintiffs produce rebuttal reports to the United States' expert disclosures.

• March 1, 2019: Discovery closes.

• April 3, 2019: The parties supplement the joint appendix with any additional evidence that relates to the spoliation allegations.

• April 10, 2019: The parties file a joint status report with proposals for further proceedings with respect to the spoliation motion.

The parties' proposed schedule is **GRANTED**. On or before **Tuesday, July 17, 2018**, the parties shall file the spoliation joint appendix. On or before **Friday, August 17, 2018**, plaintiffs shall produce the expert disclosures to the defendant. On or before **Wednesday, October 17, 2018**, defendant shall produce the expert disclosures and rebuttal expert reports to the plaintiffs. On or before **Monday, December 17, 2018**, plaintiffs shall produce rebuttal expert reports to the defendant. Discovery shall close on **Friday, March 1, 2019**. On or before **Wednesday, April 3, 2019**, the parties shall supplement the joint appendix with any additional evidence that relates to the spoliation allegations. On or before **Wednesday, April 10, 2019**, the parties shall file a joint status report reflecting the close of discovery and proposing a schedule for future proceedings. One party may file the joint status report with the consent of the other party reflected in the joint status report.

In order to discuss the joint status report, the court **SCHEDULES** a status conference for **Wednesday, April 17, 2019, at 2:30 p.m., EDT**. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (303) 673-9600 and defendant's counsel at (303) 844-1369. The parties shall consult prior to the conference and be prepared to propose how to proceed in the above-captioned case.

**IT IS SO ORDERED**.

       s/Marian Blank Horn
       **MARIAN BLANK HORN**
       **Judge**