# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

*Electronically Filed on July 30, 2018*

|  |  |  |
|---|---|---|
| DEBRA JONES, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 1:13-cv-00227-MBH |
| THE UNITED STATES OF AMERICA, | ) ) | Judge Marian Blank Horn |
| Defendant. | ) ) | |

**JOINT MOTION FOR ENLARGEMENT OF TIME
TO FILE THE JOINT APPENDIX**

Pursuant to Court of Federal Claims Rule 6.1, the parties respectfully move for an enlargement of time to file the joint appendix in accordance with the Court's Order filed on May 10, 2018 (ECF No. 93). Following the Court's Order, the parties have worked to compile a joint appendix of the evidence previously secured that relates to the spoliation arguments. Some of the evidence was subject to a confidentiality agreement entered into by the parties to the Utah District Court litigation. For other documents, the Department of the Interior is required to maintain certain information as confidential under the Privacy Act and HIPPA. The parties are working together on a protective order to maintain and preserve the confidential nature of the documents and to protect any personal identifying information. The parties further are working on segregating and indexing the confidential information for filing with the Court. Despite the parties' best efforts, the parties are completing their work on drafting a tailored protective order and marking the documents with a confidential designation as appropriate. The parties also plan on filing a motion with the court seeking leave to file the joint index manually instead of through the Court's ECF system in accordance with RCFC Appendix E. To allow the parties the opportunity to mark the

1

individual documents, finalize a protective order, draft the requisite notice and motion for filing, and to manage the actual filing of the joint appendix, the parties jointly request an extension of nine days until August 9, 2018, to file the joint appendix with the Court.  The parties do not seek to enlarge any of the other dates provided in the Court's May 10, 2018, Order.  The requested extension is made in good faith and not to delay litigation of this matter.  It will not impact further scheduling by the Court.

Jeffrey Rasmussen, counsel for Plaintiffs, has reviewed this motion and consented to the United States filing it on behalf of both parties.

RESPECTFULLY SUBMITTED this 30th day of July, 2018.

JEFFREY H. WOOD
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*s/ Jody Helen Schwarz*
Terry M. Petrie
Jody Helen Schwarz
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-1369
Facsimile: (303) 844-1350
Email: terry.petrie@usdoj.gov

601 D Street, NW
Washington, DC 20004
Telephone: (202) 305-0245
Facsimile: (202) 353-2021
Email:  jody.schwarz@usdoj.gov

*Counsel for the United States*