## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

*Electronically filed August 20, 2018*

|  |  |  |
|---|---|---|
| DEBRA JONES, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:13-cv-00227-MBH |
| THE UNITED STATES OF AMERICA, | ) ) | Senior Judge Marian Blank Horn |
| Defendant. | ) ) | |

### NOTICE OF ERRATA AND MOTION TO REFILE JOINT APPENDIX

A joint appendix was filed on August 9, 2018, consistent with this Court's order of May 10, 2018 (ECF No. 93).  ECF Nos. 99-109.  The parties have determined since then that approximately 143 documents of the documents filed that should have been filed under seal were not.  To remedy this oversight, the parties file a Notice of Errata (Ex. 1), listing the documents that should have been filed under seal, and request permission to re-file the joint appendix as follows:

1. All documents that are not designated as confidential would be refiled with the previous filings of non-confidential documents stricken.  *See* ECF Nos. 99-109.

2. Documents previously designated as confidential and filed under seal would not be refiled.  *See* ECF Nos. 110-114.

3. Those documents previously filed as non-confidential but which should have been filed as confidential (Ex. 1) would be designated as confidential and, with the Court's permission, filed under seal.

4. A new index would be filed that reflects the change in status of the documents listed at Ex. 1 from non-confidential to confidential.

Jeffrey Rasmussen, counsel for Plaintiffs, has reviewed this Notice of Filing and consented to the United States filing it on behalf of both parties.

RESPECTFULLY SUBMITTED this 20th day of August, 2018.

JEFFREY H. WOOD
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*s/ Terry M. Petrie*
Terry M. Petrie
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-1369
Facsimile: (303) 844-1350
Email: terry.petrie@usdoj.gov

*Counsel for the United States*