*Jones v. United States*
Case No. 1:13-cv-00227- MBH
Supplemental Confidential Documents to Joint Appendix

| Document | Reason |
|---|---|
| **Document 99-2** | |
| Jones29-58 | Birthdays |
| Jones430-70 | Birthdays and Addresses |
| Jones795-837 | Birthdays |
| Jones889-927 | Birthdays |
| Jones948-84 | Birthdays |
| Jones1015-70 | Addresses |
| | |
| **Document 99-3** | |
| Jones1275-92 | Birthdays |
| Jones1503-48 | Birthdays |
| Jones1692-717 | Medical Report |
| Jones1916-43 | Depo w/ photo |
| Jones1970-2005 | Xerox of Check |
| Jones2072-76 | Depo w/ photo |
| Jones2077-85 | Depo w/ photo |
| | |
| **Document 100** | |
| Jones2535-93 | Depo w/ photo |
| Jones2594-668 | Depo w/ photo |
| Jones2594-2668 | "Confidential" Deposition |
| Jones2972-3144 | Depos w/ photo, includes at least one "confidential" deposition, addresses, and (as noted) crime scene photoes |
| | |
| **Document 100-1** | |
| Jones3145-236 | Depo w/ photo, Death Certificate |

Exhibit 1

*Jones v. United States*
Case No. 1:13-cv-00227- MBH
Supplemental Confidential Documents to Joint Appendix

| Document | Reason |
|---|---|
| Jones3353-74 | "Confidential" letter |
| Jones3375-404 | Birthday |
| Jones4098-222 | Depo w/ photo and addresses |
|  |  |
| **Document 101** |  |
| Jones4771-5235 | Depo w/ photo, "Confidential" depo, and (as noted) photo) |
|  |  |
| **Document 101-1** |  |
| Jones5666-985 | Depo w/ photo and photo ID |
|  |  |
| **Document 102** |  |
| Jones6615-6789 | "Confidential" Deposition and Depo w/ photo, medical report, death certificate, |
| Jones6790-6875 | Depo w/ photo, "Confidential" deposition, medical report, death certificate, |
|  |  |
| **Document 102-1** |  |
| Jones6940-74 | "Confidential" Depo |
| Jones7027-61 | "Confidential" Depo |
| Jones7062-192 | "Confidential" Depo & Crime scene photos |
| Jones7193-313 | "Confidential" Depo |
|  |  |
| **Document 103** |  |
| Jones7403-518 | Depo w/ picture |

Exhibit 1

*Jones v. United States*
Case No. 1:13-cv-00227- MBH
Supplemental Confidential Documents to Joint Appendix

| Document | Reason |
|---|---|
| Jones7552-651 | Depo w/ picture, medical report, death certificate |
| Jones7711-66 | Birthday |
| Jones7838-49 | Depo w/ picture |
| Jones7911-66 | Birthday |
| | |
| **Document 103-1** | |
| Jones8137 | Birthday |
| Jones8140 | Birthday |
| Jones8153-314 | Depo |
| Jones8315-371 | Depo |
| Jones8388-469 | Depo |
| Jones8501-03 | Birthday |
| | |
| **Document 104** | |
| Jones9248-328 | Depo and confidential depo |
| | |
| **Document 104-1** | |
| Jones9954-94 | Birthdays, addresses |
| Jones10120-33 | Addresses |
| | |
| **Document 104-2** | |
| Jones10435-63 | Depo |
| Jones10476-77 | Notes stamped "confidential" |
| Jones10479-81 | Criminal Record |
| Jones10484-570 | Possible criminal history |
| Jones10771-76 | Address |
| Jones10786-89 | Birthday |

Exhibit 1

*Jones v. United States*
Case No. 1:13-cv-00227- MBH
Supplemental Confidential Documents to Joint Appendix

| Document | Reason |
|---|---|
| Jones10809 | Address |
| Jones10810 | Address |
| Jones10811 | Address |
| Jones10819-27 | Death Certificate and ID card |
| Jones10828-36 | Death Certificate and ID card |
| Jones11057-68 | Address |
| Jones11224-57 | Address |
| | |
| **Document 105** | |
| Jones11284-309 | Addresses |
| Jones11373-75 | "Confidential" stamp |
| Jones11383 | "Confidential" stamp |
| Jones11388-90 | Criminal history |
| Jones11400-04 | Personnel Action (I think) |
| Jones11408-43 | Addresses, birday, criminal history, toxicology report for Kurip |
| Jones11459-61 | Addresses |
| Jones11484-95 | Addresses |
| Jones11766-84 | Murray's SSN, Birthday, Addresses |
| Jones12129-29 | Funeral service licenses |
| Jones12130 | Funeral service licenses |
| Jones12131 | Funeral service licenses |
| | |
| **Document 105-1** | |
| Jones12451-60 | Address and SSN |
| Jones12461-70 | Address and SSN |
| | |
| **Document 106** | |

Exhibit 1

*Jones v. United States*
Case No. 1:13-cv-00227- MBH
Supplemental Confidential Documents to Joint Appendix

| Document | Reason |
| --- | --- |
| Jones13571-73 | Address |
| Jones13841-960 | Birthday and Address |
| Jones13961-4002 | Birthday and Address |
| Jones14003-122 | Birthday and Address |
|  |  |
| **Document 106-1** |  |
| Jones14358-533 | Depo |
| Jones14536-97 | Depo |
| Jones14598-620 | Depo |
| Jones14621-30 | Depo |
| Jones14631-87 | Depo |
| Jones14890-5048 | Depo w/ photo and "confidential" |
| Jones15049-102 | Depo w/ photo and "confidential" |
| Jones15103 | "Confidential" Depo |
| Jones15104 | "Confidential" Depo |
|  |  |
| **Document 106-2** |  |
| Jones15119-356 | Confidential Depo |
| Jones15357-438 | Confidential Depo |
| Jones15455-498 | Confidential Depo |
| Jones15499-516 | Confidential Depo |
| Jones15553-61 | Address |
| Jones15568-753 | Depo |
| Jones15754-817 | Depo |
| Jones15818-46 | Depo |
| Jones15847-75 | Depo |
| Jones15876-87 | Depo |
|  |  |

Exhibit 1

*Jones v. United States*
Case No. 1:13-cv-00227- MBH
Supplemental Confidential Documents to Joint Appendix

| Document | Reason |
|---|---|
| **Document 106-3** | |
| Jones15933-6168 | Depo |
| Jones16169-251 | Depo |
| Jones16252-71 | Possible internal personnel |
| Jones16294-306 | Possible internal personnel |
| | |
| **Document 107** | |
| Jones16307-40 | Uncertain what to even call Ex. 1 (16311) in this. Marked to be safe. |
| Jones16348-67 | Internal personnel |
| Jones16598-803 | Depo |
| Jones16804-76 | Depo |
| Jones16908-10 | Birthday |
| Jones16911-13 | Depos |
| Jones16914-7147 | Depos |
| Jones17148-228 | Depos |
| | |
| **Document 107-1** | |
| Jones17242-405 | Depo |
| Jones17406-62 | Depo |
| Jones17889-8068 | Depo |
| Jones18500-06 | Addresses |
| Jones18094-104 | Addresses, birthdays |
| Jones18105-28 | Addresses, Stamped "Confidential" |
| | |
| **Document 107-2** | |
| Jones18945-48 | Unredacted personnel files |
| Jones18998-99 | Birthday |

Exhibit 1

*Jones v. United States*
Case No. 1:13-cv-00227- MBH
Supplemental Confidential Documents to Joint Appendix

| Document | Reason |
| --- | --- |
| Jones19046-48 | Birthdays |
|  |  |
| **Document 108** |  |
| Jones19062-63 | Address |
| Jones19069-73 | Address |
| Jones19078 | Address |
| Jones19079-80 | Address |
| Jones19081-82 | Address |
| Jones19108-11 | Criminal history |
| Jones19121-24 | Criminal history |
| Jones19139-41 | Criminal history |
| Jones19144 | Address |
| Jones19145-46 | Address |
| Jones19285-90 | Address |
| Jones19291-93 | Address |
| Jones19316-18 | Address |
| Jones19319-23 | Address |
| Jones19592-97 | Birthdays and SSNs |
| Jones19605-07 | Murray Photos |
| Jones19608 | Crime scene |
| Jones19609-10 | Murray Photos |
| Jones19611-13 | Crime scene |
| Jones19616-17 | Address |
| Jones19618-20 | Address |
| Jones19630-35 | Birthdays and SSNs |
| Jones19642-45 | Criminal history and birthdays |
| Jones19646-49 | Medical records |
|  |  |

Exhibit 1

*Jones v. United States*
Case No. 1:13-cv-00227- MBH
Supplemental Confidential Documents to Joint Appendix

| Document | Reason |
|---|---|
| **Document 108-1** | |
| Jones20651-720 | Employee records |
| Jones20821-959 | Employee records |
| Jones20982-1039 | Employee records |
| | |
| **Document 108-2** | |
| Jones21371-409 | Employee records |
| Jones21509-61 | Employee records |
| Jones21717-97 | Deposition/Picture |
| | |
| **Document 109-2** | |
| Jones23135-87 | Employee records |
| Jones23298-349 | Employee records |

Exhibit 1