## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DEBRA JONES, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 1:13-cv-00227 |
| THE UNITED STATES OF AMERICA, | ) ) | Judge Richard A. Hertling |
| Defendant. | ) ) | |

## PLAINTIFFS' NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiffs Debra Jones, individually and as the natural parent of Todd R. Murray, and in her capacity as personal representative of the Estate of Todd R. Murray, deceased, for on an behalf of the heirs of Todd R. Murray and the Estate of Arden C. Post as successor to the claims of Arden C. Post individually and as the natural parent of Todd R. Murray, hereby appeal to the United States Court of Appeals for the Federal Circuit from this Court's Judgment entered on May 8, 2020 and the opinion and order issued on May 7, 2024.  Dkt. Nos. 269, 269 and 270, and all prior orders incorporated therein, including but not limited to the order on sanctions for spoliation, Dkt. 209 (March 29, 2023).

Respectfully submitted this 2st day of July, 2024.

**PATTERSON EARNHART REAL BIRD & WILSON LLP**

*/s/ Jeffrey S. Rasmussen*
Jeffrey S. Rasmussen (Attorney of Record)

1900 Plaza Drive
Louisville, Colorado 80027
Telephone: (303) 926-5292
Facsimile: (303) 926-5293
Email: jrasmussen@nativelawgroup.com

*Counsel for the Plaintiffs*